

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,546-01

### EX PARTE JAMES JAVANCE DAVENPORT, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W05-41796-V(A) IN THE 292ND DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of capital murder and sentenced to life imprisonment. The Fifth Court of Appeals affirmed Applicant's conviction in *Davenport v. State*, No. 05-10-00329-CR (Tex. App.–Dallas 2012)(not designated for publication).

On June 6, 2014, an order designating issues was signed by the trial court. It appears that the trial court has not completed its fact finding in these cases. We remand this application to the 292nd

District Court of County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 14, 2015
Do not publish